RHODA GREENBERG, an Infant, by MORRIS J. GREENBERG, Her Guardian ad Litem, Appellant, *v.* BESSIE MAGAZINER, Respondent, Impleaded with Another.

(Submitted November 25, 1935; decided December 3, 1935.)

*John D. Lyons* for motion.
*Sidney Orseck* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.